# In The United States Court of Federal Claims

Cover Sheet

06-480 C

Plaintiff(s) or Petitioner(s)

Colorado Department of Human Services, Division of Vocational Rehabilitation; Don E. Hudson

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Wade Livington (for CDVR)

Firm Name: First Assistant Attorney General

Post Office Box: State Services Section

Street Address: 1525 Sherman Street, 5th Floor

City-State-Zip: Denver, Colorado 80203

Telephone & Facsimile Numbers: (303) 866-5448, (303) 866-5671 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☒ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F

See attached sheet for three-digit codes.

Amount Claimed: $

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ 8.75 million

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Alphabetized Numbered list of all Plaintiffs**

1. Colorado Department of Human Services, Division of Vocational Rehabilitation
2. Don E. Hudson

The attorney of record for Mr. Hudson is:
Andrew D. Freeman, Esq.
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202