IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-480C

(Filed: June 28, 2006)

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

The court will hold an initial conference by telephone in this case on July 5, 2006, commencing at 4:00 p.m. EDT. The court will initiate the telephone call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge