IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-480C

(Filed: July 5, 2006)

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

An initial status conference in this case was held on July 5, 2006. In accord with the representations of the parties at the initial status conference, the court adopts the following scheduling order for preliminary proceedings in this case:

| Event | Date |
|---|---|
| Submission of a motion for a protective order, if any | July 12, 2006 |
| Submission by defendant of a motion to dismiss plaintiff Don Hudson for lack of standing, if desired | July 14, 2006 |
| Submission of the Administrative Record | July 19, 2006 |
| Submission of a Joint Status Report proposing a schedule for further proceedings in this case | July 21, 2006 |
| Submission of plaintiffs' response to defendant's motion to dismiss plaintiff Don Hudson, if defendant files such motion on or before July 14, 2006 | August 4, 2006 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge