IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| COLORADO DIVISION OF VOCATIONAL REHABILITATION, | ) | |
| and | ) | |
| DON E. HUDSON, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-480C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to the Court's July 5, 2006 order, defendant states that the parties have discussed the form of protective order to be issued. Defendant's counsel has spoken with Wade Livingston, counsel for the State of Colorado, and Shelly Martin, counsel for Don E. Hudson. The parties concur in a request that the Court issue the standard protective order found at form 8 to the Rules of the Court of Federal Claims. A proposed protective order is attached to this motion.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

July 12, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2006, a copy of the foregoing Motion for Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell