# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER

PAGE 1 OF 53

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | | | FA7000-06-R-0003 | 21-Feb-2006 |

7. FOR SOLICITATION INFORMATION CALL: a. NAME: MICHELLA E. HILL; b. TELEPHONE NUMBER *(No Collect Calls)*: 719-333-2478; 8. OFFER DUE DATE/LOCAL TIME: 02:00 PM 21 Mar 2006

9. ISSUED BY CODE FA7000

10 MSG/LGC - FA7000
ATTN: MICHELLA HILL
8110 INDUSTRIAL DRIVE STE 200
USAF ACADEMY CO 80840

TEL: 719-333-2478
FAX: 719-333-9103

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS: 722310
SIZE STANDARD: 17.5M

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE F4BMM0
10 MSG/SVMF - F4BMM0
BILL HOGREFE
HIGH COUNTRY INN
BLDG 5218
USAF ACADEMY CO 80840
TEL: 719-333-2949 FAX:

16. ADMINISTERED BY CODE

17a. CONTRACTOR/ OFFEROR CODE

TEL. FACILITY CODE

18a. PAYMENT WILL BE MADE BY CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES
[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) | 31c. DATE SIGNED |
|---|---|---|---|
| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*<br>TEL: EMAIL: | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 53 |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| PARTIAL / FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|
| | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

Table of Contents


| Section | Description | Pages |
|---|---|---|
| A | Solicitation/Contract Form SF 1449 | 1 – 2 |
| B | Schedule of Supplies/Services (Continuation of SF 1449) | 4 - 27 |
| C | Solicitation Provisions & Contract Clauses | 27 – 53 |
| D | List of Attachments | 53 |


COVERAGE

1 - The Contractor shall at all times maintain in full force and effect a policy or policies of insurance providing the following minimum coverage. (See referenced FAR clause 52.228-5.):

| TYPE | COVERAGE |
|---|---|
| Worker's Compensation | As required by applicable statutes and regs |
| Comprehensive General Liability | $500,000 per occurrence |
| Comprehensive Automobile Liability | $200,000 per person for bodily injury |
| | $500,000 per occurrence for bodily injury |
| | $50,000 per occurrence for property damage |
| Employer's Liability | $100,000 |

2 – The contractor shall, upon request, provide evidence satisfactory to the Government of Contractor's insurance coverage.

RANDOLPH-SHEPPARD PREFERENCE

The government will award a contract under a two-step source selection process. If the government receives a proposal from the State of Colorado under the Randolph-Sheppard Act, it will make award under that proposal as long as the contracting officer determines the services can be provided at a reasonable cost with food of a high quality comparable to that currently provided. Such a determination will place the proposal within the competitive range and, by rule, the State of Colorado is entitled to award. If the contracting officer determines that a proposal from the State of Colorado under the Randolph-Sheppard Act is not reasonable or not of a high quality comparable to that currently provided, selection will proceed under the evaluation criteria stated in FAR clause 52.212-2 of this solicitation.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 6 | Months | | |
| | Full Food Service<br>FFP<br>Full Food Service at the High Country Inn to provide all management, labor, equipment, supervision, and services IAW PWS and Appendices. (1 April 2006 - 30 Sep 2006)<br>NSN: S203-00-000-0000 | | | | |

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 6 | Months | | |
| | Major Equipment Maintenance<br>FFP<br>Major Equipment Maintenance IAW PWS Section I.10. (1 Apr 2006 - 30 Sep 2006). THIS LINE ITEM NOT TO BE BID. WILL BE FILLED IN BY THE GOVERNMENT AT TIME OF AWARD.<br>NSN: S203-00-000-0000 | | | | |

NET AMT

FOB: Destination

*AFI 34-206 , Services, VENDING FACILITY PROGRAM FOR THE BLIND ON AIR FORCE PROPERTY, August 5, 1994*

---

***Text of the Regulation***

VENDING FACILITY PROGRAM FOR THE BLIND ON AIR FORCE PROPERTY

This instruction implements **AFPD 34-2** , Managing Nonappropriated Funds, and Department of Defense (DoD) Directive 1125.3, Vending Facility Program for the Blind on Federal Property, April 7, 1978, With Change 1. It provides uniform guidance on the vending facility program for the blind on Federal property under Air Force control. Use this instruction with DoD Directive 1125.3. Send comments or recommendations to HQ AFSVA/SVPC, 10100 Reunion Place, Suite 401, San Antonio TX 78216-4138.

SUMMARY OF CHANGES

This is the first publication of **AFI 34-206** . It reissues AFR 34-2, February 16,1979, in AFI format.

Supersedes: AFR 34-2, 16 February 1979.

Certified by: HQ USAF/SVF (Col Micheal J. Kelly)

OPR: HQ AFSVA/SVPCO (Ms. Cathy Edmonds)

Distribution: F

1. Program Overview.

Under the provisions of the amended **Randolph-Sheppard** Act, the blind are given priority on DoD-controlled property in: Establishing and operating vending facilities. Receiving contracts to operate cafeterias. Obtaining satisfactory sites for vending facilities. Receiving a share of income from vending machines operated by a DoD component.

1.1. DoD Directive 1125.3 and this instruction applies to Air Force bases and locations in: All 50 states. The District of Columbia. Puerto Rico. American Samoa. Guam. The Virgin Islands.

2. Responsibilities:

2.1. The Air Force Director of Services (HQ USAF/SV) implements DoD Directive 1125.3 within the Department of the Air Force.

2.2. The Air Force Services Agency (AFSVA) oversees and administers the program.2.2.1. The Commander, AFSVA, serves as the head of the DoD component for the purposes of this instruction.

2.3. HQ AFSVA/SVPC coordinates actions on applications for vending facility permits and determinations concerning satisfactory sites with the Army and Air Force Civilian Welfare Fund (AAFCWF) or Army and Air Force Exchange Service (AAFES), as appropriate, when the designated sites may negatively affect the sales and patronage of AAFCWF or AAFES activities.

3. Program Guidelines:

3.1. Reporting Contact. Report immediately any contact by non-DoD sources with any Air Force installation concerning requests for or questions about the program's benefits or entitlements, notifying HQ AFSVA/SVPC by telephone at DSN 487-3472. ( EXCEPTION : Routine contractor communications regarding appropriated or nonappropriated fund actions.) Provide concurrent installation information reports to the major command (MAJCOM) Director of Services (SV) and, as appropriate, to: AAFCWF (DSN 227- 4761/4839) for contacts affecting nonappropriated fund instrumentalities (NAFI) subject to its jurisdiction. HQ AAFES (FD-F) (DSN 967-3423), for contacts affecting AAFES activities. SAF/AQCO (DSN 224-1685), for contacts affecting appropriated fund activities.

3.1.1. Take no action on such contacts without specific guidance and authorization from HQ AFSVA/SVPC. This requirement applies to all such contacts with activities on Air Force installations, including those with NAFIs subject to the jurisdiction of the AAFCWF and those with AAFES activities.

3.2. DoDD 1125.3, Paragraph G. The on-site official provides HQ AFSVA/SVPC with immediate notification of any complaint filed. Provide concurrent notice to the MAJCOM/SV, and to the AAFES and the AAFCWF, as appropriate. This paragraph doesn't apply to disputes that arise under any appropriated or nonappropriated fund (NAF) contracts. Process such disputes under the disputes procedures prescribed in the applicable contracts.

3.3. DoDD 1125.3, Paragraph H. Air Force installations provide the required information to their MAJCOM/SVs within 45 calendar days after the end of each fiscal year. MAJCOM/SVs provide a copy of each of their installation's reports to HQ AFSVA/SVPC within 60 days after the end of each fiscal year.

3.4. DoDD 1125.3, Enclosure 1, Paragraph J. The installation commander is the on-site official for the purposes of this instruction. For Air Force locations that don't have installation commanders, the individual in command of the location serves as the on-site

official. The Commander, Services Squadron, or equivalent, provides staff support relating to this Instruction. 3.5. DoDD 1125.3, Enclosure 2, Paragraph 2. The Air Force honors the priority of the blind to establish and operate vending facilities (other than in cafeterias): On the request of the state licensing agency (SLA) for the blind whenever a vending facility is initially established. When a services (SV) activity terminates its direct or contracted operation of an existing vending facility for which there is a continuing need.

3.6. DoDD 1125.3, Enclosure 2, Paragraph 2a. The installation's need to generate NAFs doesn't alter the priority of the blind to operate vending facilities. This factor alone is not sufficient to support a determination that the interests of the United States would be adversely affected.

3.7. DoDD 1125.3, Enclosure 2, Paragraph 2b. The on-site official submits all correspondence concerning determinations that US interests would be adversely affected directly to HQ AFSVA/SVPC. Provide information copies to the MAJCOM/SV, the AAFCWF, and the AAFES (FD-F), where appropriate.

3.8. DoDD 1125.3, Enclosure 2, Paragraph 2c. Send all applications for permits directly to HQ AFSVA/SVPC. Send information copies to the MAJCOM/SV, the AAFCWF, and the AAFES (FD-F), where appropriate.

3.8.1. See attachment 1 for a sample permit to use in processing applications from SLAs. Don't change the format, with the following exceptions:

3.8.1.1. Add the variable information locally.

3.8.1.2. List types of articles sold in attachment C to the permit. The SLA determines what items and services the vending facility will stock after consulting with the on-site official. These items should generally correlate with the kinds of products that blind vendors customarily sell under the **Randolph-Sheppard** Vending Facility Program. List specific items on which there has been consultation, to avoid any later misunderstanding or confusion.

3.9. DoDD 1125.3, Enclosure 2, Paragraph 3. When contracting for the "operation of a cafeteria" (including contracted military dining facilities), issue a copy of the solicitation to the appropriate SLA except when undertaking direct negotiations with the SLA on a sole-source basis. For appropriated fund actions, issue solicitations on a fully competitive basis. Evaluation criteria are the same for all competitive sources (including any responding SLA); however, if the SLA submits a proposal that's within the competitive range established by the contracting officer, award the contract to the SLA. Coordinate all proposed awards, determinations of adverse impacts, and terminations with HQ AFSVA/SVPC through the MAJCOM (and SAF/AQCO for appropriated-fund actions).

3.10. DoDD 1125.3, Enclosure 2, Paragraph 4. The Air Force must initiate the offer of one or more satisfactory sites when the provision applies. A satisfactory site must generally have at least 250 square feet of space, and must have utility hook-ups. Send line drawings to the appropriate SLA early in the acquisition process to determine whether the SLA wants space, and whether the space offered is satisfactory. To avoid potential later conflicts, the Air Force normally doesn't locate the site close to AAFES sales operations or other military resale activities.

3.10.1. The SLA must submit an application for a permit to operate in the designated location. It is up to the SLA to provide equipment, tables and chairs, counters, and so on for the facility.

3.11. DoDD 1125.3, Enclosure 2, Paragraph 4a(1). The on-site official notifies the SLA. Attachment 2 is a sample letter for this notification (see also **AFI 32-1021** [SPIDER] [PUB & SUPS] [SERIES] , Planning and Programming of Facility Construction Projects ).

3.12. DoDD 1125.3, Enclosure 2, Paragraph 4a(2). Attachment 3 is a list of US Department of Education (DoED) regional offices and their addresses. The on-site official sends a copy of the written notice to the SLA and the SLA's response to the appropriate DoED regional office. Provide an information copy of all such correspondence to HQ AFSVA/SVPC.

3.13. DoDD 1125.3, Enclosure 2, Paragraph 4b(1). The Air Force must provide satisfactory sites when there will be an average of 100 or more civilian employees working in the building during normal working hours. Add the number of employees scheduled to work on each workday of a payroll period, and divide the total by the number of workdays in the payroll period. Don't count days on which only janitorial or maintenance personnel are present as workdays. Attachment 4 provides a formula for determining how many Federal employees are in a building during normal working hours.

3.14. DoDD 1125.3, Enclosure 2, Paragraph 5. Vending machine income- sharing requirements don't apply to vending machines operated by or for the military exchanges.

3.15. DoDD 1125.3, Enclosure 2, Paragraph 5d: The DoD has amended (Change 1, 22 August 1991) the requirement to make payments to SLAs under these income-sharing requirements to permit quarterly payments on a fiscal-year basis ( rather than on a calendar-year basis as indicated in the referenced paragraph).

3.15.1. Air Force installations must keep records and computations reflecting the amount of vending machine income earned at each location, installation, or facility. Such records include cost data on: Cost of goods sold. Service repair and maintenance. Utilities. Depreciation. Supervision and accounting. Other operational or administrative aspects of operating vending machines.

3.15.1.1. Deduct these costs from gross receipts to determine levels of income sharing. These records substantiate amounts of money paid to the SLA for the blind or justify nonpayment under the provisions of DoD Directive 1125.3, Enclosure 2, paragraph 5c(2).

3.15.1.2. Make payment to other than an SLA only after receiving a notarized affidavit from the SLA authorizing a nominee to act as its agent to receive vending-income monies. Provide the SLA with a duplicate copy of each record of payment made to its nominee.

3.15.2. Vending income is not shared unless the net income per individual location, installation, or facility (as defined in DoD Directive 1125.3, Enclosure 1, paragraph F) exceeds $3,000 during a fiscal year.

3.15.2.1. Make quarterly payments to an SLA. Make no payments until net income reaches $3,000 during the fiscal year. For example, if vending machines in a building reach a net income of $3,000 during the second fiscal quarter, payments are due after the remaining fiscal quarters (so long as the cumulative net income figure for the fiscal year remains above $3,000). Compute amounts due by applying the appropriate sharing percentage to the cumulative net income (include the $3,000 threshold figure), less any payments made earlier in the fiscal year. Deduct any overpayments from subsequent quarterly payments due the SLA.

4. Applying the Amended **Randolph-Sheppard** Act.

Table 1 gives a quick-reference guide to applying the amended **Randolph-Sheppard** Act.

NORMAND G. LEZY, Brig General, USAF

Director of Services

ATTACHMENT 1

SAMPLE FORMAT FOR APPLICATION AND PERMIT FOR ESTABLISH MENT OF A VENDING FACILITY ON FEDERAL PROPERTY

DEPARTMENT OF EDUCATION

Office of Human Development Services

Rehabilitation Services Administration

Washington, D.C.

APPLICATION AND PERMIT FOR ESTABLISHING A VENDING FACILITY ON FEDERAL PROPERTY AS AUTHORIZED BY P.L. 74-732 AS AMENDED BY P.L. 83-565 AND TITLE II OF P.L. 93-516 (**RANDOLPH-SHEPPARD** ACT)

The ______________________________ of the State of ______________________ requests approval of ________________________________ to place a vending facility on the property located ______________________

________________________________________________________________________

__ __________________

________________________________________________________________________

__ __________________

SATISFACTORY SITE. This location meets the criteria of a satisfactory site as defined in 34 CFR 395.1(q). Attachment A documents exceptions.

TYPE, LOCATION, AND SIZE OF FACILITY. Type of facility (defined in Instructions for Form OHD-PSA-15) __________________________________; facility location ________________________; facility size _______________. Attachment C lists the types of articles to be sold and services to be offered. Attachment D lists the required fixtures and equipment and specifies who must provide them. Attachment E lists the location, type, and number of vending machines that constitute all or part of this facility. The facility will operate ________ days of the week from ________ A.M. to _______ P.M., beginning ______________.

MACHINE INCOME SHARING. Attachment F lists the type and location of each vending machine on this property and the specific income-sharing provisions in 34 CFR 395.32 applicable to each machine. Disburse vending machine income to the state licensing agency on at least a quarterly basis, unless a mutual agreement specifies otherwise.

FOR OTHER TERMS AND CONDITIONS, SEE ATTACHMENT G.

________________________________ ________________________________

Approving Property Official Approving State Licensing Agency Official

________________________________ ______

________________________________ ______

Title Date Title Date ___________________________ ________

Approving Air Force Official Date

Administrator, Air Force

**Randolph-Sheppard** Act Program

APPLICATION AND PERMIT FOR

ESTABLISHMENT OF A VENDING FACILITY ON FEDERAL PROPERTY

ATTACHMENT G

OTHER TERMS AND CONDITIONS

1. Both parties must comply with 34 CFR 395.35. The Air Force issues this permit for an indefinite period of time subject to suspension or termination on the basis of noncompliance by either party with any of the agreed-upon terms and conditions of the permit. By mutual agreement, the state licensing agency (SLA) and the property agency or owner may terminate the permit after providing notice of the intended termination, including the reason therefor and supporting documentation to the other party. Both parties must comply with all regulations issued in Title VI of the Civil Rights Act of 1964. Reason for denial of the application must be presented in writing to the state.

2. The DoD Component may not charge the SLA for normal repair and maintenance of the building, for cleaning areas adjacent to the designated vending facility boundaries, or for removing trash from a designated collection point.

3. The SLA is responsible for the cleaning, maintenance and security of the vending facility and for all costs relating to vending facility equipment, merchandise, and other commercial products, except as provided in paragraph 6. Neither party is responsible for loss or damage to the other's property unless proximately caused by its acts or omissions. The SLA is also responsible for acts or omissions of the blind vendor and his or her employees or agents.

4. Vendors must operate facilities in compliance with applicable health, sanitation and building codes, ordinances, and regulations.

5. The on-site official and the SLA must approve all vending-facility projects, including installation, modification, relocation, removal, and renovation. The initiating party bears the costs for these work projects. If officials suspend or terminate a permit because of noncompliance, the noncomplying party bears all costs for closing down the vending facility.

6. The DoD component provides utility support and bills the state licensing agency. The SLA must pay no later than 30 days after receiving the bill.

7. This permit is issued for an indefinite period of time, subject to these suspension and termination stipulations: a. Permits are suspended or terminated when any party fails to comply with agreed-upon terms after notice to he other party or when any party fails to correct noncomplying performance. b. Permits are terminated on 60 days' written notice when the Air Force closes an installation or activity or changes its requirements for

services; when the building that contains the vending site can no longer be used for that purpose; or when the SLA can no longer continue to operate the vending facility.

ATTACHMENT 2.

SAMPLE LETTER FORMAT TO NOTIFY THE STATE LICENSING AGENCY OF A SUITABLE SITE FOR A VENDING FACILITY

MEMORANDUM FOR (State Licensing Agency)

FROM:

SUBJECT: **Randolph-Sheppard** Act Amendments - ACTION MEMORANDUM

1. In accordance with the **Randolph-Sheppard** Act as amended, I enclose a line drawing of a building (to be constructed)(designated for substantial alteration or renovation) (to be acquired) at ____________________. The Air Force has designated a general-purpose satisfactory site for a blind- operated vending facility, which is identified on the drawing. Installation officials consider this location to be most conveniently accessible to the majority of the _________ Federal employees projected to work in the facility. If you decide that this number is sufficient to support a vending facility, please indicate your concurrence or your counter-proposal, and a description of the type of vending facility to be operated. If you don't consider this site satisfactory and subject to Air Force approval, you will have the opportunity to select the location and type of vending facility to be operated before the final space layout of the building is complete. If you decide that you aren't prepared to establish such a facility in this building for operation by a blind licensee, or if it is not your intention to establish a vending facility at this time, please let us know.

2. In the event that you don't respond within 30 days of receiving this letter, or don't provide an explanation for your decision not to establish a vending facility, I will assume that you have determined that the number of employees using this building is or will be insufficient to support such a facility. (signature block of on-site official).

Attachment:

As stated cc:

DoEd Region

HQ AFSVA/SVPC

ATTACHMENT 3

REGIONAL OFFICE DIRECTORY, DIRECTORS OFFICE OF REHABILITATION SERVICES

**RANDOLPH-SHEPPARD** ACT

DEPARTMENT OF EDUCATION REGIONAL REPRESENTATIVES

REGION I Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont

Dept. of Education, OSERS

J. W. McCormack Post Office and Court House, Room 232

Boston, Massachusetts 02109 (617) 223-4093

REGION II New Jersey, New York, Puerto Rico, and the Virgin Islands

Dept. of Education, OSERS 26 Federal Plaza, Room 1239

New York, New York 10278 (212) 264-6093

REGION III Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia

Dept. of Education, OSERS 3535 Market Street, Room 16120

Philadelphia, Pennsylvania 19104 (215) 596-0314

REGION IV Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, and Tennessee

Dept. of Education, OSERS 101 Marietta St., NW, Suite 2210

P.O. Box 1691

Atlanta, Georgia 30301 (404) 331-0531

REGION V Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin

Dept. of Education, OSERS 401 South State St., Suite 700E

Chicago, Illinois 60605-1202 (312) 353-0628

REGION VI Arkansas, Louisiana, New Mexico, Oklahoma, and Texas

Dept. of Education, OSERS 1200 Main Tower Building, Room 2140

Dallas, Texas 75202 (214) 767-2961

REGION VII Iowa, Kansas, Missouri, and Nebraska

Dept. of Education, OSERS 10220 N. Executive Hills Blvd.

Kansas City, Missouri 64153-1367 (816) 891-8015

REGION VIII Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming

Dept. of Education, OSERS

Federal Office, Room 310 1244 Speer Blvd.

Denver, Colorado 80204-3582 (303) 844-4592

REGION IX Arizona, California, Hawaii, Nevada, Guam, Trust Territory of Pacific Islands, and American Samoa

Dept. of Education, OSERS

Federal Office Building, Room 215 50 United Nations Plaza

San Francisco, California 94102 (415) 556-3786

REGION X Alaska, Idaho, Oregon, and Washington

Dept. of Education, OSERS 915 Second Avenue, Room 3390

Seattle, Washington 98174-1099 (206) 220-7840

ATTACHMENT 4

FEDERAL EMPLOYEE COMPUTATION FORMULA

NORMAL WORK HOURS 0700-1800

WORKDAY ACTUAL NUMBER OF SCHEDULED (See Note )

EMPLOYEES FOR EACH WORKDAY

TUESDAY 90

WEDNESDAY 85

THURSDAY 89

FRIDAY 95

SATURDAY 122

SUNDAY 130

CLOSED MONDAYS

TUESDAY 90

WEDNESDAY 85

THURSDAY 89

FRIDAY 95

SATURDAY 122

SUNDAY 130

TOTAL EMPLOYEES SCHEDULED FOR PAYROLL PERIOD 1,222

DIVIDED BY NUMBER OF WORKDAYS IN PAYROLL PERIOD 12

EQUALS AVERAGE NUMBER OF EMPLOYEES PER WORKDAY 101.8 NOTE : Add all regular and flexible employees, including off-duty military personnel, regardless of the number of hours that they work.

ATTACHMENT 5

SAMPLE MEMORANDUM TO DOED IF

STATE LICENSING AGENCY RESPONDS AND DECLINES BECAUSE OF THE

INSUFFICIENCY OF PERSONS TO SUPPORT A VENDING FACILITY

MEMORANDUM FOR HQ AFSVA/SVPC

Regional Office, Department of Education

IN TURN

FROM:

SUBJECT: **Randolph-Sheppard** Act Amendments - ACTION MEMORANDUM

1. Reference is made to my letter of _________, above subject, forwarding the (State Licensing Agency) a line drawing of a building (to be constructed)(designated for substantial alteration or renovation) (to be acquired) at ______________________________. The drawing incorporated a proposed site for a blind-operated vending facility. A copy of this correspondence was furnished concurrently to your office.

2. I have been notified by the State Licensing Agency that it does not desire a site for a blind-operated vending stand to be provided, as per their attached explanation. Accordingly, and unless otherwise directed by the Secretary of Education, a satisfactory site for a blind-operated vending facility will not be incorporated in the final plans. (Signature block of preparer)

Attachment: (State Licensing Agency) Ltr, (date) cc: (as appropriate)

Department of Defense

# DIRECTIVE

NUMBER 1125.3
April 7, 1978

Incorporating Change 1, August 22, 1991
*ASD(FM&P)*

SUBJECT: Vending Facility Program for the Blind on Federal Property

References: (a) Randolph-Sheppard Vending Stand Act (49 Stat. 1559, as amended by Act of 3 August 1954) (P. L. 83-556, 68 Stat. 663, as further amended by P. L. 93-516 (88 Stat. 1622) 20 U.S.C. 107)
(b) Title 45, Code of Federal Regulations Chapter XIII, Part 1369
(c) DoD Directive 1125.3, "Preference to Blind Persons in Operating Vending Stands," August 15, 1963 (hereby canceled)

1. REISSUANCE AND PURPOSE

1.1. This Directive:

1.1.1. Reissues reference (c) to implement the provisions of references (a) and (b); and

1.1.2. Establishes within the Department of Defense:

1.1.2.1. Uniform policies for application of priority accorded the blind to operate vending facilities;

1.1.2.2. Requirements for satisfactory vending facility sites in DoD Component-owned or occupied buildings; and,

1.1.2.3. Vending machine income-sharing requirements on property under the jurisdiction of a DoD Component.

1.2. Reference (c) and Report Control symbols DD-M(AR)570 and DD-M(A)571 are hereby superseded and canceled.

2. APPLICABILITY

The provisions of this Directive apply to the Office of the Secretary of Defense, the Military Departments, and the Defense Agencies (hereafter referred to as "DoD Components") in the 50 States, the District of Columbia, Puerto Rico, American Samoa, Guam and the Virgin Islands.

3. DEFINITIONS

Terms used in this Directive are defined in enclosure 1.

4. POLICY

In implementation of the Randolph-Sheppard Act, priority on DoD-controlled property will be extended to the blind as set out below:

4.1. The blind will be given a priority in establishment and operation of vending facilities.

4.2. The blind will be given a priority in award of contracts to operate cafeterias.

4.3. In conjunction with acquisition or substantial alteration or renovation of property, satisfactory sites will be provided for operation of blind vending facilities.

4.4. Certain income from vending machines operated by a DoD Component either directly or by contract will be given to State licensing agencies.

5. RESPONSIBILITIES

5.1. The Assistant Secretary of Defense (Force Management and Personnel (ASD(FM&P)) will monitor the overall DoD program and consult with DoD Components on all determinations:

5.1.1. That the granting of a priority to the blind would be adverse to the interests of the United States; and

5.1.2. To suspend or terminate a permit to operate a vending facility.

5.2. The Head of the DoD Component concerned, in monitoring its program shall:

5.2.1. Approve/disapprove State licensing agency applications for permits and the provision of satisfactory sites;

5.2.2. Consult with the on-site official on determinations that granting a priority to the blind would be adverse to the interests of the United States and on termination of contracts to operate a cafeteria; and

5.2.3. Where circumstances warrant, suspend or terminate a permit to operate a vending facility.

5.3. The On-site Official will be the point of contact with State licensing agencies and will:

5.3.1. Consult with State licensing agencies on articles and services to be provided;

5.3.2. Determine, when appropriate, that granting a priority to the blind would be adverse to the interests of the United States and justify this determination to the Secretary, U.S. Department of Education through the Head of the DoD Component;

5.3.3. Notify State licensing agencies of acquisition or substantial alteration or renovation of property;

5.3.4. Ensure that operators are in fact State licensed blind persons and that sighted employees and assistants are utilized only to the extent reasonably necessary; and

5.3.5. Negotiate with State licensing agencies on other matters indicated in enclosure 2.

6. REQUIREMENTS AND OPERATING PROCEDURES

DoD Component requirements and operating procedures are set forth in enclosure 2.

7. ARBITRATION

Whenever any State licensing agency for the blind determines that any activity of the Department of Defense is failing to comply with the provisions of the Act (reference (a)) and all informal attempts to resolve the issues have been unsuccessful, the State licensing agency may file a complaint with the Secretary, *U.S. Department of Education*, who will convene an ad hoc arbitration panel in accordance with the provisions of 45 CFR 1369.37 (reference (b)).

8. REPORTS REQUIRED

Within 90 days after the end of each fiscal year, DoD Components shall forward to the Assistant Secretary of Defense *(Force Management and Personnel)* the total number of applications for vending facility locations received from State licensing agencies, the number approved, the number denied, and number still pending, the total amount of vending machine income collected (as defined in enclosure 1, excluding income exempt from the income sharing requirements by subparagraph E2.1.5.3., enclosure 2), and the amount of such vending machine income disbursed to State licensing agencies in each State. These reporting requirements have been assigned Inter-agency Report Control Number 1270. *ED* -AN.

9. EFFECTIVE DATE AND IMPLEMENTATION

This Directive is effective immediately. It will be transmitted by the DoD Components intact and only Component implementing directions may be added. Forward two copies of implementing regulations to the Assistant Secretary of Defense *(Force Management and Personnel)* for approval within 90 days.

Harold Brown

HAROLD BROWN
Secretary of Defense

Enclosures - 3
E1. Definitions
E2. DoD Component Requirements and Operating Procedures
E3. List of State Licensing Agencies

# E1. ENCLOSURE 1

## DEFINITIONS

E1.1.1. Blind Licensee. A blind person licensed by the State licensing agency to operate a vending facility on Federal or other property.

E1.1.2. Cafeteria. A food dispensing facility which provides a broad variety of prepared foods and beverages (including hot meals) primarily through the use of a serving line where the customer serves or selects for himself from displayed selections. A cafeteria may be fully automatic, self-service, or have limited waiter or waitress service. Table or booth seating facilities are always provided. DoD Component food dispensing facilities which conduct cafeteria-type operations during part of their normal operating day and full table-service operations during the remainder of their normal operating day are not "cafeterias" if they engage primarily in full table service operations.

E1.1.3. Direct Competition. The presence and operation of a DoD Component vending machine or a vending facility on the same premises as a vending facility operated by a blind vendor. Vending machines or vending facilities operated in areas serving employees, the majority of whom normally do not have access (in terms of uninterrupted ease of approach and the amount of time required to patronize the vending facility) to the vending facility operated by a blind vendor, will not be considered to be in direct competition with that vending facility.

E1.1.4. Federal Property. Any building, land, or other real property owned, leased, or occupied by any Department, Agency, or instrumentality of the United States.

E1.1.5. Head of the DoD Component. Deputy Secretary of Defense, Secretaries of the Military Departments and the Directors of Defense Agencies or their designees. For the Pentagon Building only, the Deputy Assistant Secretary of Defense (Administration) is designated as the "Head of the DoD Component."

E1.1.6. Individual Location, Installation, or Facility. A single building or a self-contained group of buildings. A self-contained group of buildings means two or more buildings which are in close proximity to each other, and between which a majority of the Federal employees working in such buildings regularly move from one building to another in the normal course of their official business during a normal working day.

E1.1.7. Federal Employees. Civilian appropriated fund and non-appropriated fund employees of the United States.

E1.1.8. License. A written instrument issued by a State licensing agency to a blind person, authorizing that person to operate a vending facility on Federal or other property.

E1.1.9. Normal Working Hours. An 8-hour work period between the hours of 0800 and 1800 hours, Monday through Friday.

E1.1.10. ON-SITE OFFICIAL. The individual in command of an installation or separate facility or location. For the Pentagon Building only, the chairman of the Department of Defense Concession Committee is designated as the on-site official.

E1.1.11. Permit. The official written approval to establish and operate a vending facility requested by and issued to a State licensing agency by a DoD Component.

E1.1.12. Satisfactory Site. An area fully accessible to vending facility patrons and having sufficient electrical, plumbing, heating, and ventilation outlets for the location of a vending facility in accordance with applicable health and building requirements. Effective March 23, 1977, a "satisfactory site" will have a minimum of 250 square feet available for sale of items and for storage of articles necessary for the operation of a vending facility, unless the Head of the DoD Component and the State licensing agency agree that a smaller or larger facility is appropriate.

E1.1.13. State. The 50 States, District of Columbia, Puerto Rico, American Samoa, Guam, and the Virgin Isands.

E1.1.14. State Licensing Agency. The State agency designated by the *U.S. Department of Education*, Commissioner of the Rehabilitation Services Administration to issue licenses to blind persons for the operation of vending facilities on Federal and other property.

E1.1.15. Substantial Alteration or Renovation. A permanent material change in the floor area of a building which would render it appropriate for the location and operation of a vending facility by a blind vendor.

E1.1.16. Vending Facility. Automatic vending machines, cafeterias, snack bars, cart services, shelters, and counters, which sell such items as newspapers, periodicals, confections, tobacco products, foods, beverages, and other articles and services to be dispensed automatically or manually and that are prepared on or off the premises in accordance with applicable health laws and further including the vending or exchange of chances for any lottery authorized by State law and conducted by an agency of a State within such State. "Vending facility" does not include food dispensing facilities (e.g., food operations of open messes/military clubs) which engage primarily in full table-service operations.

E1.1.17. Vending Machine. For the purpose of assigning vending machine income, means a coin or currency operated machine that dispenses articles or services, except that machines providing services of a recreational nature, commonly referred to as amusement machines (e.g., jukeboxes, pinball machines, electronic game machines, pool tables, shuffle boards, etc.) and telephones, are not considered to be vending machines.

E1.1.18. Vending Machine Income. DoD Component receipts from DoD Component vending machine operations on Federal property, after deducting all applicable costs incurred (costs of goods, service, maintenance, repair, cleaning, depreciation, supervisory and administrative personnel, normal accounting, accounting for income-sharing, and so forth) where the machines are operated by any DoD Component activity; or commissions received (less applicable DoD Component costs) by any DoD Component activity from a commercial vending firm which provides vending machines on Federal property for, or with the approval of, any DoD Component activity.

E1.1.19. Vendor. A blind licensee who is operating a vending facility on Federal or other property.

## E2. ENCLOSURE 2

## DoD COMPONENT REQUIREMENTS AND OPERATING PROCEDURES

E2.1.1. DoD Components will take necessary action to ensure that, within their areas of responsibility, the requirements set forth below are implemented.

E2.1.2. The blind have a priority right to operate vending facilities on DoD-controlled property when the opportunity to operate them becomes available. The priority extended allows blind licensees to be gainfully employed while primary responsibility for carrying out this intent falls upon the State licensing agency, it is nevertheless a responsibility of the on-site official to ensure that the operator is in fact a State licensed blind person and that sighted employees or assistants are utilized only to the extent reasonably necessary.

E2.1.2.1. This priority will not be accorded when the on-site official determines, after conferring with the Head of the DoD Component, that the interests of the United States would be adversely affected if the priority were accorded.

E2.1.2.2. Any determination that according the priority would be adverse to interests of the United States must be fully justified in writing through the Head of the DoD Component concerned (who will consult with the Assistant Secretary of Defense *(Force Management and Personnel) (ASD(FM&P))*. The justification then shall be sent to the Secretary, *U.S. Department of Education*, who has authority to determine whether the failure to accord the priority is justified by the circumstances. This determination by the Secretary, *U.S. Department of Education* must be published in the Federal Register and is binding upon the DoD Component.

E2.1.2.3. Applications for permits by the State licensing agency to operate vending facilities (except cafeterias) on DoD-controlled property must be submitted in writing to the Head of the DoD Component concerned, through the on-site official. When an application is not approved, the Head of the DoD Component will advise the State licensing agency in writing and will indicate the reasons for the disapproval. When issued, permits will describe the location of the vending facility and will be subject to the following requirements:

E2.1.2.3.1. The permit will be issued in the name of the State licensing agency.

E2.1.2.3.2. The permit will be issued for an indefinite period of time subject to suspension or termination upon failure to comply with agreed upon terms; and subject to termination by either party upon 60 days written notice to the other party, in cases of (a) inactivation of the installation or activity, (b) loss of use of a building or other facility housing the vending facility, (c) change in the DoD Component's requirements

for service, or (d) inability of the State licensing agency to continue to operate the vending facility.

E2.1.2.3.3. The permit will provide that:

E2.1.2.3.3.1. No charge will be made by the DoD Component to the State licensing agency for normal repair and maintenance of the building, or for cleaning areas adjacent to the designated vending facility boundaries, or for trash removal from a designated collection point.

E2.1.2.3.3.2. The State licensing agency will be responsible for cleaning and maintaining the appearance of and for the security of the vending facility within the designated boundaries of such facility and for all costs of every kind in conjunction with vending facility equipment, merchandise and other products to be sold, except as provided in E2.1.2.3.3.5., below. Neither party will be responsible for loss or damage to the other's property, unless proximately caused by its acts or omissions. The State licensing agency will also be responsible for the acts or omissions of the blind vendor, his employees or agents.

E2.1.2.3.3.3. Articles sold at such vending facilities may consist of newspapers, periodicals, publications, confections, tobacco products, foods, beverages, chances for any lottery authorized by State law and conducted by an agency of a State within such State, and other articles or services traditionally found in blind operated vending facilities operated under the Randolph-Sheppard Act as determined by the State licensing agency in consultation with the on-site official, to be suitable for a particular location (articles and services may be dispensed automatically or manually);

E2.1.2.3.3.4. Vending facilities will be operated in compliance with applicable health, sanitation and building codes, ordinances, and regulations;

E2.1.2.3.3.5. Installation, modification, relocation, removal, and renovation of vending facilities will be subject to the prior approval of the on-site official and the State licensing agency. Costs of installation, modification, removal, relocation or renovation will be paid by the initiating party. In any case of suspension or termination of a permit to operate a vending facility on the basis of noncompliance by either party, the costs of removal from the building will be borne by the non-complying party.

E2.1.2.3.4. The permit will also contain appropriate requirements for reimbursement or direct payment for support services such as utilities and telephone service.

E2.1.2.3.5. In the event the blind licensee fails to provide satisfactory service or otherwise fails to comply with the requirements of the permit issued to the State licensing agency, the on-site official will, after coordinating with the Head of the DoD Component, notify the State licensing agency of this deficiency in writing and

request corrective action within a specified reasonable time. The notice will indicate that failure to correct the deficiency will result in temporary suspension or termination of the permit, as appropriate. Suspension or termination action will be taken by the Head of the DoD Component concerned after consultation with the *ASD(FM&P)*.

E2.1.3. The blind have a priority right to operate cafeterias on DoD-controlled property, as set out in E2.1.3.1. or E2.1.3.2., below, when the cafeteria operation involved is contracted.

E2.1.3.1. Procuring activity solicitations, when issued, will establish basic requirements and the criteria for judging proposals. One copy of each solicitation will be provided to the State licensing agency for the blind. The criteria upon which proposals will be evaluated may include factors such as sanitation practices, personnel, staffing, menu pricing and portion sizes, variety, budget and accounting practices, fees, and other relevant considerations.

E2.1.3.1.1. If the State licensing agency submits a proposal and it is not within the competitive range established by the contracting officer, award may be made to another offer or following normal procurement procedures, but only after the on-site official confers with the Head of the DoD Component.

E2.1.3.1.2. If the State licensing agency submits a proposal and it is within the competitive range established by the contracting officer, the contract will be awarded to the State licensing agency except as provided in E2.1.3.1.3., below.

E2.1.3.1.3. The contracting officer may award to other than the State licensing agency when the on-site official determines that award to the State licensing agency would adversely affect the interests of the United States and the Secretary, *U.S. Department of Education*, approves the determination (processing will be in accordance with E2.1.2., above), or when the on-site official determines, after conferring with the Head of the DoD Component, and the Secretary, *U.S. Department of Education*, agrees, that the blind vendor does not have the capacity to operate a cafeteria in such a manner as to provide food service at a comparable cost and of comparable high quality as that available from other providers of cafeteria services.

E2.1.3.2. Direct negotiations may be undertaken with State licensing agencies whenever the on-site official, with concurrence of the Head of the DoD Component, has determined that the State licensing agency, through its blind licensee, can provide the cafeteria services required at a reasonable cost, with food of a high quality comparable to that available from other providers of cafeteria services. In the event direct negotiations fail to result in a contract with the State licensing agency, the procedures prescribed in E2.1.3.1., above, will be followed.

E2.1.3.3. The operation of a cafeteria by a blind vendor will be governed by contractual agreement, not by a permit. Normal contract administration procedures will

apply, except that termination actions will not be taken without prior coordination with the Head of the DoD Component concerned.

E2.1.3.4. All contracts for the operation of cafeterias on DoD-controlled property with other than State licensing agencies will, upon expiration, be processed under the above paragraphs unless the State licensing agency informs the on-site official that it is not prepared to exercise its priority at that time.

E2.1.4. Any DoD Component acquired (purchased, rented, leased, constructed), or substantially altered or renovated building is required to have one or more satisfactory sites (as defined in enclosure 1) for a blind-operated vending facility, except as provided in subparagraph E2.1.4.1., below.

E2.1.4.1. A determination that a building contains a satisfactory site or sites is presumed made if the State licensing agency and the on-site official consult and agree that the site or sites provided are satisfactory.

E2.1.4.1.1. DoD Components will notify by certified or registered mail, return receipt requested, the appropriate State licensing agency (see enclosure 3) of buildings to be acquired or substantially altered or renovated. This notification will be provided at least 60 days in advance of the intended acquisition date or the initiation of actual construction, alteration or renovation. As a practical matter, the State licensing agency should be contacted early in the planning or design stage of a project. (This notice requirement does not apply in cases as described in subparagraph E2.1.4.1.1.3., below.) This notification will:

E2.1.4.1.1.1. Indicate that a satisfactory site or sites for the location and operation of a blind vending facility is included in the plans for the building,

E2.1.4.1.1.2. Forward a copy of a single line drawing indicating the proposed location of such site or sites,

E2.1.4.1.1.3. Assure the State licensing agency that, subject to the approval of the DoD Component involved, it will be offered the opportunity to select the location and type of vending facility to be operated by a blind vendor prior to completion of the final space layout of the building, and

E2.1.4.1.1.4. Also indicate that an unexplained response indicating that the State licensing agency does not desire to establish and operate a vending facility, or the absence of a response within 30 days will be construed by the DoD Component concerned as a determination by the State licensing agency that the number of persons using the property is or will be insufficient to support a vending facility.

E2.1.4.1.2. The State licensing agency must respond within 30 days acknowledging receipt of the correspondence from the DoD Component and indicating

whether it is interested in establishing a vending facility, and if interested, indicating its agreement or alternate selection of a location and its selection of type of vending facility. A copy of the written notice to the State licensing agency and the State licensing agency's response, if any, will be provided to the Secretary, HEW.

E2.1.4.1.3. If the State licensing agency responds indicating that it does not desire to establish and operate a vending facility and sets forth any specific basis other than the insufficiency of persons to support a vending facility, then a satisfactory site which meets anticipated needs of the DoD Component will be incorporated. Each such satisfactory site will meet or exceed the requirements defined in enclosure 1.

E2.1.4.1.4. If an unexplained response indicating that the State licensing agency does not desire to establish and operate a vending facility is received, or if no response is received within the 30 day period, the on-site official will, through the Head of the DoD Component, notify the Secretary, *U.S. Department of Education*, that the State licensing agency's response or failure to respond has been construed as a determination by the State licensing agency that the number of persons using the property is or will be insufficient to support a vending facility and that a satisfactory site to be operated under the auspices of the State licensing agency will not be incorporated, unless directed by the Secretary, *U.S. Department of Education*. This notification will also be provided if the State licensing agency responds and affirmatively indicates that it has made such a determination.

E2.1.4.2. The Secretary, *U.S. Department of Education*, has determined that the requirement to provide a satisfactory site does not apply:

E2.1.4.2.1. When fewer than 100 Federal employees (as defined in enclosure 1) will be located in the building during normal working hours; or

E2.1.4.2.2. When the building contains less than 15,000 square feet to be used for Federal Government purposes in the case of a building in which services are to be provided to the general public.

E2.1.4.3. The provisions of E2.1.4.2.2., above, do not preclude arrangements under which vending facilities to be operated by blind vendors may be established in buildings of a size or with an employee population less than that specified. For example, if a building is to be constructed which would contain only 30 Federal employees, upon agreement of the on-site official and the State licensing agency, the DoD Component concerned may determine to provide a satisfactory site in which the blind have agreed to operate a vending facility.

E2.1.4.4. When a DoD Component is leasing all or part of a privately owned building in which the lessor or any of its tenants have an existing restaurant or other food facility in a part of the building not covered by the lease and operation of a vending

facility would be in substantial direct competition with such restaurant or other food operation, the requirement to provide a satisfactory site does not apply.

E2.1.5. Effective January 2, 1975, vending machine income generated by the Department of Defense will be shared with State licensing agencies for the blind and/or blind vendors as set forth below. The on-site official is responsible for the collection of, and accounting for, such vending machine income (as defined in enclosure 1) and for otherwise ensuring compliance with the requirements of this paragraph.

E2.1.5.1. The vending machine income-sharing requirements are as follows:

E2.1.5.1.1. One hundred percent (100%) of the vending machine income from vending machines in direct competition with blind-operated vending facilities will be provided the State licensing agency.

E2.1.5.1.2. Fifty percent (50%) of the vending machine income from vending machines not in direct competition with blind-operated vending facilities will be provided the State licensing agency.

E2.1.5.1.3. Thirty percent (30%) of the vending machine income from vending machines not in direct competition with blind-operated vending facilities and located where at least 50 percent of the total hours worked on the premises occurs during other than normal working hours (as defined in enclosure 1) will be provided the State licensing agency.

E2.1.5.2. The determination of whether a vending machine is in direct competition with the blind-operated vending facility is the responsibility of the on-site official subject to the concurrence of the State licensing agency.

E2.1.5.3. These vending machine income-sharing requirements do not apply to:

E2.1.5.3.1. Income from vending machines operated by or for the military exchanges or ships' stores systems; or

E2.1.5.3.2. Income from vending machines, not in direct competition with a blind-operated vending facility, at any individual location, installation, or facility (as defined in enclosure 1) where the total of the vending machine income (as defined in enclosure 1) from all such machines at such location, installation, or facility does not exceed $3,000 annually.

E2.1.5.4. The payment to State licensing agencies under these *income sharing requirements must be made quarterly on a fiscal year basis.*

## E3. ENCLOSURE 3

### STATE LICENSING AGENCIES

Alabama

Director
Vocational Rehabilitation
2129 E. South Boulevard
P.O. Box 11586
Montgomery, Alabama 36111
(205) 281-8780

Alaska

Director
Office of Vocational
Rehabilitation
Pouch F, Mail Station 0581
Juneau, Alaska 99811
(907) 586-6500

Arizona

Chief
Rehabilitation Services
Bureau
Dept. of Economic Security
1535 W. Jefferson,
Suite 155
Phoenix, Arizona 85007
(602) 271-3332

Arkansas

Commissioner
Dept. of Social &
Rehabilitation Services
1801 Rebsamen Park Road
P.O. Box 3781
Little Rock, Arkansas 72203
(501) 371-2571

Colorado

Director
Division of Rehabilitation
Dept. of Social Services
1575 Sherman Street
Denver, Colorado 80203
(303) 892-2652

Connecticut

Director
Board of Education &
Services for the Blind
170 Ridge Road
Wethersfiled, Connecticut 06109
(203) 249-8525

Delaware

Delaware Bureau for the
Visually Impaired
Dept. of Health &
Social Services
305 W. Eight Street
Wilmington, Delaware 19801
(302) 571-3333

District of Columbia

Chief, Bureau of Rehab Services
Social and Rehabilitation
Administration
Dept. of Human Resources
122 C Street, N.W. - 8th Floor
Washington, DC 20001
(202) 629-5896

California

Director
Dept. of Rehabilitation
830 K Street Mall
Sacramento, California 95814
(916) 445-3971

Florida

Office of Blind Services
Dept. of Education
2571 Executive Center
Circle East Howard
Building
Tallahassee, Florida 32301
(904) 488-1330

Georgia

Dept. of Human Resources
Division of Vocational
Rehabilitation
47 Trinity Avenue
Atlanta, Georgia 30334
(404) 656-2621

Indiana

Indiana Rehabilitation Services
1028 Illinois Building
17 W. Market Street
Indianapolis, Indiana 46204
(317) 633-5687

Guam

Chief
Division of Vocational
Rehabilitation
Government of Guam
Board for Control for
Vocational Rehabilitation
Dept. of Education
P.O. Box 10-C
Agana, Guam 96910
472-8806

Iowa

Commission for the Blind
Fourth and Keosauqua
Des Moines, Iowa 50309
(515) 283-2601

Hawaii

Division of Vocational
Rehabilitation
Dept. of Social Services &
Housing
Room 216,
Queen Liliuokalani Bldg.
P.O. Box 339
Honolulu, Hawaii 96809
(808) 548-6367

Kansas

Director
Services for the Blind and
Visually Handicapped
State Dept. of Social and
Rehabilitation Services
Biddle Building
2700 West 6 th Street
Topeka, Kansas 66606
(913) 296-4454

Idaho

Administrator
Idaho Commission for
the Blind
Statehouse
Boise, Idaho 83720
(208) 384-3220

Kentucky

Assistant Superintendent
of Public Instruction
for Rehabilitation
Bureau of Rehabilitative Services
Capital Plaza Office Tower
Frankfort, Kentucky 40601
(502) 564-4440

Illinois

Director
State of Illinois
Board of Vocational Education
and Rehabilitation
Div. of Vocational Rehabilitation
623 East Adams Street
Springfield, Illinois 62706
(217) 782-2093

Louisiana

Louisiana Health and Human
Resources Administration
Division of Family Services
755 Riverside North
P.O. Box 44065
Baton Rouge, Louisiana 70804
(504) 389-5596

Maine

Bureau of Rehabilitation
32 Winthrop Street
Augusta, Maine 04330
(207) 289-2266

Missouri

Dept. of Social Services
Division of Family Services
Broadway State Office Building
Jefferson City, Missouri 65101
(314) 751-4249

Maryland

Assistant State Superintendent
Div. of Vocational Rehabilitation
Box 8717, Baltimore-Washington
International Airport
Baltimore, Maryland 21240
(301) 796-8300

Montana

Administrator
Visual Services Division
Dept. of Social & Rehabilitation
Services
P.O. Box 1723
Helena, Montana 59601
(406) 449-3434

Massachusetts

Massachusetts Commission
for the Blind
110 Tremont Street
Boston, Massachusetts 02108
(617) 727-5580

Nebraska

Director, Div. of Rehabilitation
Services for the Visually Impaired
1047 South Street
Lincoln, Nebraska 68502
(402) 471-2891

Michigan

Dept. of Social Services
Office of Services for the Blind
300 S. Capitol Avenue
Lansing, Michigan 48926
(517) 373-2062

Nevada

Bureau of Services for the Blind
State Dept. of Human Resources
308 North Curry Street, Room 200
Carson City, Nevada 89701
(702) 885-4444

Minnesota

State Services for the Blind and
Visually Handicapped
1745 University Avenue - 1st Floor
St. Paul, Minnesota 55104
(612) 296-6034

New Hampshire

State Department of Education
Div. of Vocational Rehabilitation
105 Loudon Road, Bldg. No. 3
Concord, New Hampshire 03301
(603) 271-3121

Mississippi

Vocational Rehabilitation
for the Blind
P.O. Box 4872
Jackson, Mississippi 39216
(601) 354-6412

New Jersey

Executive Director
Commission for the Blind and
Visually Impaired
1100 Raymond Boulevard
Newark, New Jersey 07102
(201) 648-2324

New Mexico

Assistant Superintendent for
Vocational Rehabilitation
Department of Education
231 Washington Avenue
P.O. Box 1830
Santa Fe, New Mexico 87503
(505) 827-2266

Oklahoma

Administrative Assistant, Dept. of
Institutions, Rehabilitative Services
Social & Rehabilitative Services
Division of Rehabilitative and
Visual Services
P.O. Box 25352
Oklahoma City, Oklahoma 73125
(405) 521-3374