IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 06-480C |
| THE UNITED STATES OF AMERICA, | : | (Judge Lettow) |
| Defendant. | : | |

* * * ooo0ooo * * *

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1), and based on the representations in the letter of July 13, 2006, from Contracting Officer Robert A. Reyes to plaintiff's counsel Wade Livingston, Plaintiffs hereby dismiss this action without prejudice.

Respectfully submitted,

JOHN W. SUTHERS
Attorney General
State of Colorado

By: /s/

Wade Livingston
First Assistant Attorney General
State Services Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Telephone: (303) 866-5448
Facsimile: (303) 866-5671 (fax)
E-mail: wade.livingston@state.co.us

Attorneys for Colorado Division of Vocational Rehabilitation

/s/

Andrew D. Freeman
Shelly Marie Martin (of counsel)
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869
E-mail: adf@browngold.com
smm@browngold.com

Attorneys for Don E. Hudson

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006, a copy of the foregoing Notice of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/

Andrew D. Freeman